UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-4201-JWLW
        Plaintiff )
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
DAVID APPLEGATE )
        Defendant 39997-004

*************************************************************

TO: Clerk's Office  MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court  (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 081500 / 1100   am/(pm)

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 472 POSSESS/DISTRIBUTE
    COUNTERFEIT

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 101365

(6) Type of Charging Document: (Check one)
    [ ] Indictment  [✓] Complaint (To be filed)/Already filed
    Case #_____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDFL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 081500   (9) Arresting Officer: DEVINE
(10) Agency: USSS   (11) Phone: 305 629 1800
(12) Comments: _____