## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: DAVID APPLEGATE (J)  CASE NO: 00-4201-SNOW
AUSA: ROGER POWELL  ATTY: JOHN COTRONE, ESQ.
AGENT:  VIOL:
PROCEEDING: PRETRIAL DETENTION HEARING  RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no  COUNSEL APPOINTED:
BOND SET @:  To be cosigned by:

FILED AUG 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Detention hearing will be set before Judge Seltzer because BSS had revoked the bond on case # 93-6023-CR-KLR and will hear both @ the same time

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8-30 | 10 | BSS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 8/22/00   TIME: 11:00   FTL/LSS TAPE # 00 - 046   Begin: 319   End: 507

