CASE NO: 00-6241-cr-Zloch ~~00-4201-Snow~~

**DEFT:** DAVID APPLEGATE (J)#
**AUSA:** Roger Powell / present
**AGENT:**
**ATTNY:** John Cotrone / present
**VIOL:**
**PROCEEDING:** ~~Prelim~~/Arraignment/ PTD    **BOND REC:**
**BOND HEARING HELD** - yes/(no) HEARING    **COUNSEL APPOINTED:**
**BOND SET @** $250,000 Corp Surety w/ nebibia
**CO-SIGNATURES:**

FILED by ___ D.C.
AUG 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**SPECIAL CONDITIONS:**

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

No bond hearing held. Both sides stipulate to a $250,000 Corp. Surety w/ nebibia, both sides reserving right to proceed w/ PTD hearing at a later date.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 9-6-00 | 11:00am | BSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN, OR REMOVAL: | 9-6-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

**DATE:** 8-30-00    **TIME:** 10:00am    **TAPE #** 00-068  PG # 3

1935-2073
Recalled - 00-068
4:00-

16