

FILED by _____ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6241-CR-Zloch

UNITED STATES OF AMERICA

vs

David Applegate

ARRAIGNMENT INFORMATION SHEET

        The above named Defendant appeared before Magistrate Judge Barry S.
Seltzer on      9-6-00       , where the Defendant was arraigned and a plea
of NOT GUILTY was entered. Defendant and court xxxxxxinted/retained counsel of
record will be noticed for trial by the District Court Judge assigned to this
case. The following information is current as of this date:

DEFENDANT:                  Address:_____ In Custody _____

                            _____

                            Telephone:_____

DEFENSE COUNSEL:            Name:_____ John Cotrone _____

                            Address:_____

                            _____

                            Telephone:_____

BOND SET/CONTINUED:         $_____ remains in custody _____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __6__ day of __September__, 20_00_.

                            CLARENCE MADDOX, CLERK OF THE COURT,

                            By:_____

                                Deputy Clerk

                                Tape No._____ 00-071 _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services