DEFT: David Applegate (J)#  CASE NO: 00-6241-CR-Zloch
AUSA: Roger Powell  ATTNY: John Cotrone
AGENT: _____  VIOL: _____
PROCEEDING: Inquiry re Counsel/Arraignment  BOND REC: _____
BOND HEARING HELD - yes/no  COUNSEL APPOINTED
BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Atty will file notice of appearance today

No tapes

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 9-21-00  11:00  Snow
STATUS CONFERENCE: _____
DATE: 9-6-00  TIME: 11:00am  TAPE # 00-07/ PG # 5
600 - 720

23