UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6241-CR-ZLOCH

UNITED STATES OF AMERICA,           :

       Plaintiff,           :

v.                                  :

RAMIN BAHARMAS, et al.,             :

       Defendants.          :
_____

**STATUS REPORT**

    A status conference was held in this cause on September 21, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of guilty pleas.

    3. Defendant Applegate has a pending violation of probation before Judge Ryskamp. He will be attempting to consolidate that proceeding with this case for purposes of sentencing.

    DATED at Fort Lauderdale, Florida, this 25 day of September, 2000.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Roger Powell (FTL)
Gary Rosenberg, Esq.
John Cotrone, Esq.