UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6241-CR-ZLOCH ✓
93-6013-CR-RYSKAMP

UNITED STATES OF AMERICA,

V.

DAVID EDWIN APPLEGATE,

Defendant.
_____/



FILED by ___ D.C.
SEP 25 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

### ORDER OF TRANSFER

THIS CAUSE having been heard upon the Government's September 18th, 2000, Motion To Consolidate Indictments, said Motion is GRANTED. <u>United States v. David E. Applegate</u>, Case No. 00-6241-CR-ZLOCH, and <u>United States v. David E. Applegate</u>, Case No. 93-6013-CR-RYSKAMP, are consolidated to Judge Zloch.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of September, 2000.

Accepting Judge:

_____
WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

DONE AND ORDERED in Chambers at West Palm Beach, Broward County, Florida, this 25 day of September, 2000.

Relinquishing Judge:

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: R.W. Powell, AUSA
    Manuel Vazquez, Esq.
    **U.S. Probation Office**