

FILED by _____ D.C.

OCT 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6241-CR-ZLOCH**
**93-6013-CR-ZLOCH**

**UNITED STATES OF AMERICA**

     **V.**

**DAVID EDWIN APPLEGATE**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**                                          **COURTROOM A**
**299 E. BROWARD BLVD.**                     **DATE & TIME:**
**FT. LAUDERDALE, FL 33301**        **October 12, 2000 at 10:30 AM**

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

**FINAL VIOLATION HEARING ON CASE NO. 93-6013-CR-ZLOCH**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: October 4, 2000

cc:
Roger Powell, Esq., AUSA
John Cotrone, Esq.,
Probation

33