UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6241-CR-ZLOCH
93-6013-CR-ZLOCH

**UNITED STATES OF AMERICA**

v.

**DAVID EDWIN APPLEGATE**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM A
DATE & TIME:
October 20, 2000 at 1:30 PM

RESET OF CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: October 10, 2000

cc:
Roger Powell, Esq., AUSA
John Cotrone, Esq.
Probation

