UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
OCT 2 0 2000

CASE NUMBER 00-6241-CR-Zloch   DATE 10-20-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION Jennifer Speer   INTERPRETER _____

UNITED STATES OF AMERICA v. David Applegate

U. S. ATTORNEY Roger Powell   DEFT COUNSEL John Cotrone

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 1-12-01 TIME 11:30 FOR Sentencing

MISC Written Plea Agreement

38