DEFT: David Applegate (J)#          CASE NO: 00-6241-CR-Zloch
AUSA: Roger Powell / Robin Rosenbaum   ATTY: John Cotrone  present
AGENT: _____          VIOL: _____
PROCEEDING: Stipulated Bond/Hearing   BOND REC: 100,000 PSB & 100,000 CSB
BOND HEARING HELD - (yes) no        COUNSEL APPOINTED: _____
____ BOND SET @ _____
CO-SIGNATURES: _____                      OCT 2 ...
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
     ____ Electronic Monitoring

Ct. will defer ruling until AUSA Powell & agents can address the court.

NEXT COURT APPEARANCE:   DATE:         TIME:         JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 10-24-00   TIME: 11:00am   TAPE # 00-080   PG # 9

Sealed 2220-3915
tape 00-081 250-350

43