UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6241-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID APPLEGATE and
RAMIN BAHARMAST,

    Defendants.
_____/



## JOINT MOTION FOR CONTINUANCE

COMES NOW the Defendants, DAVID APPLEGATE and RAMIN BAHARMAST, by and through undersigned counsel, and respectfully move this Honorable Court for an Order continuing the Sentencing in the above-styled cause, and as grounds would state unto this Court the following:

1. The Defendant and Co-defendant are scheduled to be sentenced in the above-styled case on January 12, 2001.

2. The Government and Co-defendant join in on this Motion for Continuance.

3. Special Agent Devine and members of the Drug Enforcement Agency are also requesting additional time.

4. A transaction involving a foreign country is expected to occur in the near future.

5. The Government and both Defendants respectfully request this Honorable Court to continue the above-styled matter two (2) weeks so that the Court could take into consideration all of the Defendants' cooperation.

WHEREFORE, based upon the foregoing, the Defendants respectfully request that this

Honorable Court continue the Sentencing in the above-styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. mail to Assistant U.S. Attorney Roger W. Powell, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394-3002; and to this 9th day of January, 2001.

JOHN F. COTRONE, P.A.
Attorney for the Defendant
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, Fl 33316
Tel:: (954) 779-7773

By: _____
JOHN F. COTRONE
Fla. Bar No. 0827762

GARY ROSENBERG, ESQ.
Attorney for Defendant Baharmast
255 Alhambra Circle, Suite 425
Coral Gables, FL 33134
Tel: (305) 529-9330

By: _____
GARY ROSENBERG, ESQ.
Florida Bar No. 348996

ROGER POWELL, ESQ.
U.S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7254

By: _____
ROGER POWELL, ESQ.
Assistant U.S. Attorney