UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6241-CR-ZLOCH
93-6013-CR-ZLOCH

FILED by _____ D.C.

JAN 1 0 2001

S D OF FLA. FT. LA. D

UNITED STATES OF AMERICA

    Plaintiff

    V.

RAMIN BAHARMAST
DAVID APPLEGATE

    Defendant

O R D E R

THIS MATTER is before the Court upon Joint Motion For Continuace (filed January 9, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED.    Sentencing of the defendant RAMIN BAHARMAST is hereby reset to February 8, 2001 at 11:00 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.    Sentencing of the defendant DAVID APPLEGATE is hereby reset to February 8, 2001 at 11:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ 10th _____ day of January, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Roger Powell, Esq., AUSA
Gary Rosenberg, Esq.
John Controne, Esq.
Probation

