UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
FEB 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6241-CR-Zloch   93-6013-CR-Ryskamp(Zloch)   DATE 2-8-01
CLERK Carlane Hensley     REPORTER Carl Schanzler
PROBATION Tracey Webb     INTERPRETER
       Ann Roman
UNITED STATES OF AMERICA V. David Applegate

U. S. ATTORNEY Roger Powell   DEFT COUNSEL John Centrone

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing
93-6013-CR-Ryskamp(Zloch) - Sup. Rel Revoked -
12 months custody of BOP - Gvmt's Mtn for downward departure
granted in 00-6241 -
RESULT OF HEARING Ct 1 - 18 months custody of
BOP - 3 yrs Supervised Release - To Run
Concurrent to 93-6013-CR - $100 assessment
Spec Conds - Participate in Drug/Alcohol
JUDGMENT Treatment program - Maintain full time
legitimate employment. Submit to
search of person and property - No further
debt - Ct Recommends facility in Florida

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

50