DEFENDANT: **APPLEGATE, DAVID EDWIN**
CASE NUMBER: **00CR6241-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months to run concurrently with the sentence imposed in Case Number 93--6013-CR-Ryskamp(Zloch).

[X] The Court makes the following recommendations to the Bureau of Prisons: a facility in Florida.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at _____ a.m. / p.m. on _____

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] before 2:00 p.m. on _____

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 3/28/01 to FR
at Pensacola, FL, with a certified copy of this judgment.

Jose M Vasquez (?)
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

54